**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| OXYGENATOR WATER TECHNOLOGIES, INC., | Civil File No. 20-cv-00358-ECT-HB |
| Plaintiff, | |
| v. | |
| TENNANT COMPANY, | |
| Defendant. | |

## **WORD COUNT COMPLIANCE CERTIFICATE**

I certify that this brief conforms to the requirements of LR 7.1(f) for a brief produced with a proportional font. The length of the Defendant's Opening Claim Construction Brief is 7,500 words. This brief was prepared using Microsoft® Word for Office Word 365 MSO, Version 16 and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

                                  Respectfully submitted,

Dated:  June 10, 2021                */s/ Adam R. Steinert*
                                  Lora M. Friedemann (#0259615)
                                  Adam R. Steinert (#0389648)
                                  Timothy O'Shea (#0386437)
                                  Fredrikson & Byron, P.A.
                                  200 South Sixth Street, Suite 4000
                                  Minneapolis, MN  55402-1425
                                  Telephone:  612.492.7000
                                  lfriedemann@fredlaw.com
                                  asteinert@fredlaw.com
                                  toshea@fredlaw.com

                                  R. Scott Johnson *(Admitted Pro Hac Vice)*
                                  Cara S. Donels *(Admitted Pro Hac Vice)*
                                  **FREDRIKSON & BYRON, P.A.**
                                  111 E. Grand Avenue, Suite 301
                                  Des Moines, IA 50309
                                  Telephone: 515.242.8900
                                  rsjohnson@fredlaw.com
                                  cdonels@fredlaw.com.

                                  ***Attorneys for Tennant Company***

72762744