# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| OXYGENATOR WATER TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>TENNANT COMPANY<br><br>Defendant. | Civil Action No. 0:20-cv-00358 (ECT/HB)<br><br>**Jury Trial Demanded** |

## CERTIFICATE OF WORD COUNT

I, the undersigned, certify that Microsoft Word Office 365 was used in preparing Oxygenator Water Technologies, Inc.'s ("OWT") Responsive Claim Construction Memorandum. I further certify that according to Microsoft Word Office 365, the brief contains 7,631 words, including all text, headings, footnotes, and quotations. The brief was prepared using 13-point font.

Dated: July 27, 2021

*s/Nathan D. Louwagie*
Philip P. Caspers (#0192569)
J. Derek Vandenburgh (#0224145)
Todd S. Werner (#033019X)
Aaron W. Pederson (#0386953)
Nathan D. Louwagie (#0397564)
Hannah M. O'Brien (#0400923)
CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Phone: (612) 436-9600
Facsimile: (612) 436-9605
pcaspers@carlsoncaspers.com
dvandenburgh@carlsoncaspers.com

1

twerner@carlsoncaspers.com
apederson@carlsoncaspers.com
nlouwagie@carlsoncaspers.com
hobrien@carlsoncaspers.com

*Attorneys for Plaintiff Oxygenator Water Technologies, Inc.*