## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

OXYGENATOR WATER
TECHNOLOGIES, INC.,

               Plaintiff,

    v.

TENNANT COMPANY,

               Defendant.

Civil No. 20-cv-00358 KMM/DTS

## NOTICE OF NO INTENT TO REQUEST REDACTION

Pursuant to Rule 5.5 and Docket No. 675 regarding the Transcript of the Motions held on June 8, 2023 before Judge Menendez, Defendant Tennant Company ("Defendant") hereby notifies the Court, court reporter and counsel for Plaintiff Oxygenator Water Technologies, Inc. that Defendant does not intend to request redaction.

Dated:  June 20, 2023

**FISH & RICHARDSON P.C.**

By: */s/ Ryan V. Petty*
      Brianna L. Chamberlin (#0399184)
      Ryan V. Petty (#0401053)
      FISH & RICHARDSON P.C.
      60 South 6th Street
      Suite 3200
      Minneapolis, MN 55402
      (612) 335-5070
      chamberlin@fr.com, petty@fr.com

Douglas McCann
Joseph Warden
Martina Tyreus Hufnal
Robert M. Oakes
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070
dmccann@fr.com, warden@fr.com,
tyreushufnal@fr.com, oakes@fr.com

***Attorneys for Defendant
TENNANT COMPANY***